IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| RAYMOND N. CALDWELL ) | |
| ) | |
| v. ) | Case No. 2:09-0086 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | Judge Nixon/Knowles |
| of Social Security ) | |

### O R D E R

Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), With Remand to Defendant, Document No. 22. The Plaintiff has not filed an objection to the Motion for Remand.

The Court has read and considered the Motion and Memorandum in Support.

Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), Document No. 22 is **GRANTED,** and this cause is **REVERSED AND REMANDED** to the Commissioner for further action.

It is so **ORDERED.**

JOHN T. NIXON
SENIOR U.S. DISTRICT JUDGE